**FILED**

**SEP 17 2020**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| THOMAS G. HOBBS, | ) 4:20CR00556 HEA/NCC |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that:

On or about February 27, 2019, within the Eastern District of Missouri,

**THOMAS G. HOBBS,**

the defendant herein, knowingly possessed a firearm, to wit, one Browning A500 12 Gauge Shotgun, bearing serial number 751PR01657, which traveled in interstate or foreign commerce during or prior to being in defendant's possession, knowing he had previously been convicted of one and more felony crimes punishable by a term of imprisonment exceeding one year under the laws of the United States of America.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney